IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02455-AP

REBECCA M. MONDRAGON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>newallfrederickw@qwest.net | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** November 26, 2007
   B. **Date Complaint Was Served on U.S. Attorney's Office:** December 6, 2007
   C. **Date Answer and Administrative Record Were Filed:** February 4, 2008

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   Plaintiff states: To the best of his knowledge, the record is complete. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief

   Defendant states that he will not object to Plaintiff submitting additional evidence with the opening brief, but he cannot agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council. In his response brief, Defendant will address any additional evidence Plaintiff submits with the opening brief. Defendant states that the Administrative Record appears to be complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   There are no unusual claims or defenses in this case.

7. **OTHER MATTERS**

   There are no other matters.

8. **BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:** April 18, 2008
   B. **Defendant's Response Brief Due:** May 18, 2008
   C. **Plaintiffs Reply Brief (If Any) Due:** June 2, 2008

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 22nd day of February, 2008.

    BY THE COURT:

    *S/John L. Kane*
    U.S. DISTRICT COURT JUDGE

| APPROVED: | For Defendant: |
|---|---|
| For Plaintiff: | TROY A. EID<br>United States Attorney |
| s/ Frederick W. Newall 2/22/08<br>Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>newallfrederickw@qwest.net | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | s/ Debra J. Meachum 2/22/08<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |